FILED: July 18, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1757
(5:21-cv-00181)

_____

MATTHEW GIBSON

      Plaintiff - Appellee

v.

LOUISE E. GOLDSTON

      Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Beckley |
| Originating Case Number | 5:21-cv-00181 |
| Date notice of appeal filed in originating court: | 07/13/2022 |
| Appellant(s) | Louise E. Goldston |
| Appellate Case Number | 22-1757 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |