# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 8, 2022

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No. 22-1757,    <u>Matthew Gibson v. Louise Goldston</u>
                5:21-cv-00181

TO:    Matthew Gibson

REQUESTED FORM(S) DUE: August 11, 2022

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[x] [Disclosure Statement](#)

[x] [Appearance of counsel](#) [eFiler status required]

Naeemah R. Sims, Deputy Clerk
804-916-2704