FILED: August 18, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1757
(5:21-cv-00181)
_____

MATTHEW GIBSON

       Plaintiff - Appellee

v.

LOUISE E. GOLDSTON, individually

       Defendant - Appellant

 and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision;
JEFF MCPEAKE, individually; BOBBY STUMP, individually; BRIAN WHITE,
individually

       Defendants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 10/12/2022

Opening brief due: 10/12/2022

Response brief due: 11/14/2022

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk