# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 12, 2022

_____

DOCKET CORRECTION NOTICE
_____

No. 22-1757,   Matthew Gibson v. Louise Goldston
               5:21-cv-00181

TO:   Louise E. Goldston

BRIEF OR JOINT APPENDIX CORRECTION DUE:  October 17, 2022

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| | |
|---|---|
| [x] See Checklist: Please make corrections identified on attached checklist. | |
| [x] Brief citations are not hyperlinked to the joint appendix. Please refer to **Appendix Pagination & Brief Citation Guide** to correct. | |
| [x] Brief is not text-searchable. Please refile brief as a text-searchable PDF. | |

Naeemah R. Sims, Deputy Clerk
804-916-2704