No. 22-1757

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MATTHEW GIBSON,
Plaintiff-Appellee
v.
LOUISE E. GOLDSTON, individual
Defendant-Appellant

and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision;
JEFF MCPEAKE, individually; BOBBY STUMP, individually, BRIAN
WHITE, Individually
Defendants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

APPELLANT'S MOTION FOR EXTENSION OF
TIME TO COMPLY WITH DOCKET CORRECTION NOTICE

Jennifer E. Tully (WV Bar #9356)
John P. Fuller (WV Bar #9116)
Adam K. Strider (WV Bar #12483)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
jtully@baileywyant.com
jfuller@baileywyant.com
astrider@baileywyant.com
*Counsel for Defendants-Appellants*

# APPELLANT'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH DOCKET CORRECTION NOTICE

**COMES NOW** the Appellant, Louise E. Goldston, by undersigned counsel, and respectfully prays this Honorable Court extend the time allotted to file a corrected Brief and Joint Appendix as stated in its October 12, 2022 Docket Correction Notice. ECF Doc. No. 17-1. The undersigned certify that they and their staff have engaged in good faith efforts to make the requested corrections within the allotted time frame, but have discovered that they lack the technological capabilities to make the requested corrections in-house. In response, they reached out to a professional printing and filing firm, which advised that making the necessary corrections would take approximately one (1) week. Based on the foregoing, and out of an abundance of caution for the printer's timeframe estimate, the Appellant respectfully requests an additional ten (10) days to comply with the Docket Correction Notice, permitting the Appellant until October 27, 2022, to make the requested corrections.

WHEREFORE, based on the foregoing, the Appellant respectfully prays this Honorable Court GRANT the Motion pled herein, and grant the Appellant an additional ten (10) days to comply with the Docket Correction Notice, ECF Doc. No. 17-1.

  /s/   John P. Fuller
**Jennifer E. Tully (WV Bar #9356)**
**John P. Fuller (WV Bar #9116)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337**
**T: 304.345.4222**
**F: 304.343.3133**
jtully@baileywyant.com
jfuller@baileywyant.com
astrider@baileywyant.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing **"APPELLANT'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH DOCKET CORRECTION NOTICE"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, October 14, 2022:

John H. Bryan (WV Bar #10259)
John H. Bryan, Attorney at Law
411 Main Street
P.O. Box 366
Union, WV 24983
T: 304.772.4999
F: 304.772.4998
jhb@johnbryanlaw.com
*Counsel for Plaintiff-Appellee*

/s/ John P. Fuller
Jennifer E. Tully (WV Bar #9356)
John P. Fuller (WV Bar #9116)
Adam K. Strider (WV Bar #12483)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
jtully@baileywyant.com
jfuller@baileywyant.com
astrider@baileywyant.com
*Counsel for Defendants-Appellants*