UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1757
(5:21-cv-00181)

———————————

MATTHEW GIBSON

       Plaintiff - Appellee

v.

LOUISE E. GOLDSTON, individually

       Defendant - Appellant

 and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision;
JEFF MCPEAKE, individually; BOBBY STUMP, individually; BRIAN WHITE,
individually

       Defendants

———————————

O R D E R

———————————

The court grants the motion to extend filing time and extends the time for

filing the corrected brief and joint appendix to 10/27/2022.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk