No. 22-1757

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**MATTHEW GIBSON,**
**Plaintiff-Appellee**

v.

**LOUISE E. GOLDSTON, individual**
**Defendant-Appellant**

and

**COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision; JEFF MCPEAKE, individually; BOBBY STUMP, individually, BRIAN WHITE, Individually**

**Defendants.**

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

---

### JOINT APPENDIX-DIGITAL MEDIA VOLUME

---

Jennifer E. Tully (WV Bar #9356)
John P. Fuller (WV Bar #9116)
Adam K. Strider (WV Bar #12483)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
jtully@baileywyant.com
jfuller@baileywyant.com
astrider@baileywyant.com

John H. Bryan (WV Bar #10259)
John H. Bryan, Attorney at Law
411 Main Street
P.O. Box 366
Union, WV 24983
T: 304.772.4999
F: 304.772.4998
jhb@johnbryanlaw.com
*Counsel for Plaintiff-Appellee*

# TABLE OF CONTENTS

Defendant Louise E. Goldston's Motion for Summary Judgment

    Exhibit D

        Video Family Court Judge and Police searching house

        MP4 File

        This media file was confirmed virus free through a virus scan

    Exhibit E

        Video Bailiff video of residence

        MP4 File

        This media file was confirmed virus free through a virus scan

