# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 6, 2022

_____

## DOCKET CORRECTION NOTICE

_____

No. 22-1757,   Matthew Gibson v. Louise Goldston
              5:21-cv-00181

TO:   Louise E. Goldston

FILING CORRECTION DUE:  December 12, 2022

Please make the correction identified below and file a corrected document by the date indicated.

---

[x] Incorrect event used. Please refile document using [Brief entry with Reply as the type].

Naeemah R. Sims, Deputy Clerk
804-916-2704