No. 22-1757

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MATTHEW GIBSON,

*Plaintiff-Appellee,*

*v.*

LOUISE E. GOLDSTON, individually,

*Defendant-Appellant.*

MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Rule 46(c), Plaintiff-Appellee respectfully requests the withdrawal of the appearance of Victoria Clark as counsel for Matthew Gibson. As of June 30, 2023, Ms. Clark is no longer an employee of the Institute for Justice.

Plaintiff-Appellee has been provided with a copy of this withdrawal and will continue to be represented by remaining counsel of record, Patrick Jaicomo and Anya Bidwell, from the Institute for Justice. Mr. Jaicomo will now serve as lead counsel.

1

Dated: July 17, 2023.

    Respectfully submitted,

    /s/ Patrick Jaicomo
    Patrick Jaicomo
    Anya Bidwell
    **INSTITUTE FOR JUSTICE**
    901 North Glebe Road, Suite 900
    Arlington, Virginia 22203
    Tel: (703) 682-9320
    Email: pjaicomo@ij.org
          abidwell@ij.org

    John Bryan
    **JOHN H. BRYAN, ATTORNEY AT LAW**
    411 Main Street, PO Box 366
    Union, West Virginia 24983
    Tel: (304) 772-4999
    Email: jhb@johnbryanlaw.com

    *Counsel for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2023, I caused this Motion to Withdraw as Counsel to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

John P. Fuller
Adam K. Strider
Jennifer E. Tully
**BAILEY & WYANT, PLLC**
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, WV 25337-3710
Tel:        (304) 345-4222
Email:     jfuller@baileywyant.com
              astrider@baileywyant.com
              jtully@baileywyant.com