UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1757
(5:21-cv-00181)
_____

MATTHEW GIBSON

       Plaintiff - Appellee

v.

LOUISE E. GOLDSTON, individually

       Defendant - Appellant

and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision; JEFF MCPEAKE, individually; BOBBY STUMP, individually; BRIAN WHITE, individually

       Defendants

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk