UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1757
(5:21-cv-00181)

_____

MATTHEW GIBSON

    Plaintiff - Appellee

v.

LOUISE E. GOLDSTON, individually

    Defendant - Appellant

and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision; JEFF MCPEAKE, individually; BOBBY STUMP, individually; BRIAN WHITE, individually

    Defendants

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of $43.20, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

    For the Court--By Direction

/s/ Nwamaka Anowi, Clerk