UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1757
(5:21-cv-00181)

———————————

MATTHEW GIBSON

    Plaintiff - Appellee

v.

LOUISE E. GOLDSTON, individually

    Defendant - Appellant

and

COUNTY COMMISSION OF RALEIGH COUNTY, a political subdivision; JEFF MCPEAKE, individually; BOBBY STUMP, individually; BRIAN WHITE, individually

    Defendants

———————————

M A N D A T E

———————————

The judgment of this court, entered October 30, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*